**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

JUN 1 8 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                                                    INDICTMENT NO. 5:26-cr-68-KKC-MAS

**MARVIN E. COFFEY**

\*    \*    \*    \*    \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about November 30, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARVIN E. COFFEY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Glock, Model 43X, 9x19 caliber pistol bearing serial number BWEU278, that was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about November 30, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARVIN E. COFFEY**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 18 U.S.C. § 924(c)(1)(A)

On or about November 30, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARVIN E. COFFEY**

did knowingly possess a firearm, that is, a Glock, Model 43X, 9x19 caliber pistol bearing serial number BWEU278, in furtherance of a drug trafficking crime as charged in Count 2 of this indictment for which he may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the felony offense alleged in Count 2 of the Indictment, **MARVIN E. COFFEY** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **MARVIN E. COFFEY** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.   By virtue of the commission of the offenses alleged in the Indictment,

**MARVIN E. COFFEY** shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§

922 and 924(c) and/or 21 U.S.C. § 853. Any and all interest that **MARVIN E. COFFEY**

has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C.

§ 924(d) and 28 U.S.C. § 2461.

3.   The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**
a)   Glock, Model 43X, 9x19 caliber pistol bearing serial number BWEU278; and
b)   Ammunition.

A TRUE BILL

███████████████████

FOREPERSON

---

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

---

**CYNTHIA T. RIEKER**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 2:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised released.

**If prior drug felony conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNT 3:** Not less than 5 years imprisonment and not more than life imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture, if applicable.